UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, ) | |
| ) | 1:10-cv-00850 OWW SKO |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION FOR |
| v. ) | FAILURE TO SUBMIT |
| ) | STIPULATED DISMISSAL |
| S.B. RESTAURANT COMPANY and ) | |
| VILLAGIO SHOPPING CENTER LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   November 18, 2010**           **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

1