1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Theresa Wallen
6

7

8
# UNITED STATES DISTRICT COURT
9
# EASTERN DISTRICT OF CALIFORNIA
10

11 | THERESA WALLEN,                          ) No.  1:10-cv-00850-OWW-SKO
                                             )
12 |          Plaintiff,                     ) **STIPULATION FOR DISMISSAL OF**
                                             ) **ACTION; ORDER**
13 |     vs.                                 )
                                             )
14 | S.B. RESTAURANT COMPANY, et al.,        )
                                             )
15 |          Defendants.                    )
                                             )
16 |                                         )
                                             )
17 |                                         )

18       IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen and

19 Defendants S.B. Restaurant Company dba Elephant Bar Restaurant; and Villagio Shopping

20 Center, LLC, the parties to this action, by and through their respective counsels, that pursuant to

21 Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with

22 prejudice in its entirety.

23

24 Date: November 22, 2010                              MOORE LAW FIRM, P.C.

25

26

27                                                     /s/Tanya E. Moore
                                                       Tanya E. Moore
28                                                     Attorneys for Plaintiff Theresa Wallen


*Wallen v. S.B. Restaurant Company, et al.*
Stipulation for Dismissal

| | |
|---|---|
| Date: November 22, 2010 | DOWLING, AARON & KEELER, INC. |
| | /s/ Keith M. White |
| | Keith M. White, Attorneys for Defendant Villagio Shopping Center |
| Dated:  November 19, 2010 | KAISER, SWINDELLS & EILER |
| | /s/ James O. Eiler |
| | James O. Eiler, Attorneys for Defendant S.B. Restaurant Company, dba Elephant Bar Restaurant |

**ORDER**

The parties having so stipulated,

Order Dismissing Action for Failure to Submit Stipulated Dismissal signed by Judge Oliver W. Wanger on 11/18/2010 is ORDERED VACATED.

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **November 22, 2010**              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE

*Wallen v. S.B. Restaurant Company, et al.*
Stipulation for Dismissal